UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIZ ADKINS,<br><br>    Plaintiff,<br><br>v.<br><br>GARRETT ADKINS,<br><br>    Defendant. | Case No. 19-cv-05535-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 44 |

    Judgment is hereby entered consistent with the Court's Order Granting Petition for Return of Child Under Sixteen Years Old,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 7th day of October, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.