AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| For the Northern | District of | California |
|---|---|---|

ARTEMIZ ADKINS

    Plaintiff (s),

V.

GARRETT ADKINS

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:19-cv-05535-HSG

Notice is hereby given that, subject to approval by the court, **GARRETT ADKINS** substitutes
(Party (s) Name)

**GARRETT ADKINS, In Personam Propria**, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of **RICHARD HELZBERG**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: GARRETT ADKINS

    Address: 1709 Avila Ranch Drive, Petaluma, CA 94954

    Telephone: (415) 599-9059      Facsimile _____

    E-Mail (Optional): adkinsgt@gmail.com

I consent to the above substitution.

Date: 11-16-2020

GARRETT ADKINS

_(signature)_

(Signature of Party (s))

I consent to being substituted.

Date: 11-17-2020

RICHARD HELZBERG

_(signature)_

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/19/2020

_Haywood S. Gilliam Jr._
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**